# United States Court of Appeals for the Fifth Circuit

No. 22-50236
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

RYAN GRAVES,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-306-1

───────────────────────────────

Before JONES, HAYNES, and OLDHAM, *Circuit Judges.*

PER CURIAM:[*]

The attorney appointed to represent Ryan Graves has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Graves has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

───────────────────────

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-50236

review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.